

**FILED**

MAY 04 2017

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 17 CR 220  **JUDGE KENNELLY** |
| | ) | |
| v. | ) | Violations: Title 18, United States |
| | ) | Code, Sections 2261A(2)(A) and |
| IESHA STANCIEL | ) | 922(g)(1) |

**MAGISTRATE JUDGE FINNEGAN**

### COUNT ONE

The SPECIAL FEBRUARY 2017 GRAND JURY charges:

On or about November 8, 2016, and continuing through on or about April 4, 2017, in the Northern District of Illinois, Eastern Division,

IESHA STANCIEL,

defendant herein, with intent to kill, injure, harass, and intimidate another person, namely, Individual A, did use an interactive computer service, electronic communication service, electronic communication system of interstate commerce, or any other facility of interstate commerce, namely, Facebook, to engage in a course of conduct that placed Individual A in reasonable fear of death and serious bodily injury;

In violation of Title 18, United States Code, Section 2261A(2)(A).

## COUNT TWO

The SPECIAL FEBRUARY 2017 GRAND JURY further charges:

On or about April 7, 2017, at Willowbrook, in the Northern District of Illinois, Eastern Division,

IESHA STANCIEL,

defendant herein, having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting interstate commerce a firearm, namely, a Smith & Wesson, M&P-15 Sport II CA assault rifle bearing serial number TE38718, and a Smith & Wesson, Model SDV9E 9 mm pistol bearing serial number FYJ7552, which firearm had traveled in interstate commerce prior to defendant's possession of it,

In violation of Title 18, United States Code, Section 922(g)(1).

# **FORFEITURE ALLEGATION**

The SPECIAL FEBRUARY 2017 GRAND JURY further charges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearm and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to: a Smith & Wesson, M&P-15 Sport II CA assault rifle, bearing serial number TE38718; a Smith & Wesson, Model SDV9E 9 mm pistol bearing serial number FYJ7552; and associated ammunition.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY